IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| SIMON NEWMAN | § | |
| VS. | § | CIVIL ACTION NO. 1:09cv290 |
| UNITED STATES | § | |

<u>MEMORANDUM OPINION</u>

Simon Newman, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus. Petitioner asserts that as he will be deported upon his release from prison, he should be released as early as his accumulation of good conduct time credits permits.

The court takes judicial notice that in another lawsuit pending in this court, *Newman v. United States*, 1:08cv199, petitioner notified the court that he has been released from incarceration and is living in the United Kingdom. As petitioner has received the relief sought in his petition, this matter no longer presents a justiciable case or controversy. This matter will therefore be dismissed as moot.

<u>ORDER</u>

For the reasons set forth above, this petition for writ of habeas corpus will be dismissed as moot. An appropriate Final

Judgment shall be entered.

**SIGNED** this the **5** day of **May, 2010.**

                                            Thad Heartfield
                                            United States District Judge